IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MAURICE T. NEWTON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 113-191 |
| | ) |
| CHESTER HUFFMAN, Captain, | ) |
| Richmond County Sheriff's Office, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Defendants Elim and Conn from this case, and **DISMISSES** Plaintiff's deliberate indifference claims for failure to state a claim upon which relief can be granted.

SO ORDERED this 23rd day of May, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA