IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MAURICE T. NEWTON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 113-191 |
| | ) | |
| CHESTER HUFFMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff's most recent sur-reply to Defendants' dispositive motions (doc. nos. 25, 26) did not, as required by Local Rule 5.1, contain a certificate of service stating the date a true and correct copy was mailed to defense counsel. Plaintiff was first informed of this requirement on April 23, 2014. (See doc. no. 15, pp. 4-5.) Although Defendants replied to a previous response to their dispositive motions that Plaintiff filed without a certificate of service, there has been no response to Plaintiff's last filing. As Plaintiff has not certified that he served his response on Defendants, and in an abundance of caution, Defendants shall have until the close of business on Monday, July 20, 2015 to file any response to Plaintiff's last sur-reply, available on the docket at entry number 34. If no response is received by July 20, 2015, the Court will decide the pending dispositive motions based on the current record.

SO ORDERED this 13th day of July, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA