IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MAURICE T. NEWTON, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 113-191 |
| CHESTER HUFFMAN and REGINALD WARD, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendants' motion to dismiss (doc. no. 26), **GRANTS** Defendants' motion for summary judgment (doc. no. 25), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants Huffman and Ward, and **CLOSES** this civil action.

SO ORDERED this 25th day of August, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA